RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Devin Thompson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEVIN THOMPSON,<br><br>        Defendant. | Case No. 2:16-cr-230-GMN-CWH<br><br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRE-SENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |

The defendant, DEVIN THOMPSON, by and through his attorney of record, Brian Pugh, Assistant Federal Public Defender, files this Unopposed Motion to Conduct a Pre-Plea Pre-Sentence Investigation Report on Devin Thompson.

On July 27, 2016, Mr. Thompson was charged by indictment with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846, Distribution of a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and (iii), and Possession of a Firearm by a Prohibited Person in violation of 18 U.S.C. §§ 922(g)(1), (b)(1)(c) and 924(a)(2).

1  The parties are attempting to negotiate this case. The parties believe that they may be able to resolve this case short of trial. The parties are uncertain regarding the implications of Mr. Thompson's criminal history on his potential sentencing guideline calculation. Mr. Thompson's criminal history calculation and his sentencing guideline range will necessarily affect the outcome and disposition of the case and/or potential negotiations. The parties are unable to definitively determine Mr. Thompson's sentencing guideline range without knowing his entire criminal history and therefore a pre-plea pre-sentence investigation report is requested.

To satisfy Mr. Thompson's concerns and to assure that he has the information he needs to make a truly knowing and intelligent decision, as whether to accept or reject a plea offer, he has requested that a pre-plea pre-sentence investigation report be completed. Undersigned counsel has spoken with AUSA Robert Knief and he does not oppose this motion. Trial in this matter is set for July 10, 2017.

For the reasons stated above, the parties respectfully request that a pre-plea pre-sentence investigation report be conducted in this matter.

DATED this 16th day of March 2017.

                Respectfully Submitted,

                RENE L. VALLADARES
                Federal Public Defender

                */s/ Brian Pugh*
By: _____
                BRIAN PUGH
                Assistant Federal Public Defender

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEVIN THOMPSON,<br><br>Defendant. | Case No.:  2:16-cr-230-GMN-CWH<br><br>**ORDER** |

The reasons being sound, the parties being in agreement, and the best interests of justice and judicial economy being served:

**IT IS HEREBY ORDERED** that Defendant Devin Thompson's Unopposed Motion for Pre-Plea Presencence Investigation Report is **GRANTED**.

**IT IS FURHTER ORDERED** that the United States Probation Office shall prepare and provide to the Court by no later than May 16, 2017, a Pre-Plea Presencence Investigation Report with the guideline calculation requested for Defendant Devin Thompson's criminal history only.

DATED  16  day of March, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 16, 2017, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRE-SENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** by electronic service (ECF) to the person named below:

>STEVEN MYHRE
>Acting United States Attorney
>ROBERT KNIEF
>Assistant United States Attorney
>501 S. Las Vegas Blvd Ste 1100
>Las Vegas, NV 89101

>*/s/ Karen Meyer*
>_____
>Employee of the Federal Public Defender