# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-00230-GMN-CWH |
| vs. | |
| DEVIN THOMPSON, | |
| Defendant. | **ORDER** |

On August 21, 2017, this Court granted the Motion to Appoint New Counsel (ECF No. 124).

Accordingly, IT IS HEREBY ORDERED that LANCE A. MANINGO is APPOINTED as counsel for Devin Thompson in place of the Federal Public Defender's Office for all future proceedings.

The Federal Public Defender's office shall forward the file to Mr. Maningo forthwith.

DATED: August 25, 2017

_____
UNITED STATES MAGISTRATE JUDGE