# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00230-GMN-CWH |
| Plaintiff, | |
| v. | |
| DEVIN THOMPSON | **ORDER** |
| Defendant. | |

Presently before the Court is Defendant Devin Thompson's notice of counsel's discharge (ECF No. 144), filed on January 4, 2018. The government has not filed a response. Defendant, who is represented in this matter by attorney Benjamin C. Durham, filed this notice pro se. Defendant notes that he has discharged his attorney, alleging "unprofessional misconduct."

Under Local Rule IA 11-6, "[A] party who has appeared by attorney cannot while so represented appear or act in a case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Since Defendant is currently represented, this notice may not be filed except through Defendant's attorney. The Court will therefore strike the motion.

IT IS THEREFORE ORDERED that the Clerk shall STRIKE Defendant's notice of counsel's discharge (ECF No. 144).

DATED: January 5, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1