Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
702.631.6111

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-cr-00230-GMN-CWH |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | SUPPLEMENTAL BRIEF |
| ) | DEADLINE |
| DEVIN THOMPSON, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between ROBERT KNIEF, Assistant United States Attorney, counsel for Plaintiff, and BENJAMIN DURHAM, counsel for Defendant, that the supplemental brief related to Defendants' Objections (ECF 164) and Defendant's Motion to Suppress (ECF 143), currently due on June 7, 2018, be continued two weeks until June 21, 2018.

This Stipulation is entered into for the following reasons:

1. On May 31, 2018, the Court ordered supplemental briefing after the Supreme Court issued its opinion in *Collins v. Virginia* (ECF 192). Counsel needs additional time to fully research and adequately brief the issues raised by this court. Per the court's order, counsel has already filed a stipulation to continue the trial date (ECF 194). The Defendant

concurs in this request.

2. The parties have conferred and agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but to allow for adequate time to effectively research and prepare the supplemental brief.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request to continue the instant deadline.

DATED this 6th day of June, 2018.

| BENJAMIN DURHAM LAW FIRM | DAYLE ELIESON<br>United States Attorney |
|---|---|
| /s/ Benjamin Durham | /s/ Robert Knief |
| BENJAMIN DURHAM<br>Nevada Bar No. 7684<br>601 S. 10th St.<br>Las Vegas, NV 89101<br>Attorney for Defendant | ROBERT KNIEF<br>Assistant United States Attorney<br>501 Las Vegas Blvd So. #1100<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff |

/ / /

/ / /

/ / /

/ / /

/ / /

Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. 10th St.
Las Vegas, Nevada 89101
702.631.6111

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:16-cr–00230-GMN-CWH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DEVIN THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing, the Court finds:

1. On May 31, 2018, the Court ordered supplemental briefing after the Supreme Court issued its opinion in *Collins v. Virginia* (ECF 192). Counsel needs additional time to fully research and adequately brief the issues raised by this court. Per the court's order, counsel has already filed a stipulation to continue the trial date (ECF 194). The Defendant concurs in this request.

2. The parties have conferred and agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but to

allow for adequate time to effectively research and prepare the supplemental brief.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request to continue the instant deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the current deadline.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare supplemental briefing, taking into account the exercise of due diligence.

**ORDER**

IT IS HEREBY ORDERED that the supplemental brief currently due on June 7, 2018, be continued to June 21, 2018,.

DATED this ___11___ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE