# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVIN THOMPSON,<br><br>Defendant. | Case No. 2:16-cr-00230-GMN-CWH<br><br>**REPORT AND RECOMMENDATION** |

Before the court is defendant Devin Thompson's motion to suppress (ECF No. 289), filed on April 23, 2019. The pretrial motions deadline in this case was October 18, 2018. (Order (ECF No. 236).) Trial is set for May 6, 2019. (Order (ECF No. 286).) Defendant does not explain why the motion was filed after the court-ordered deadline and less than two weeks before trial. The court therefore will recommend that the motion be denied as untimely.

IT IS SO RECOMMENDED.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: April 25, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE