AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

USA

          Plaintiff,

v.

Devin Thompson

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cr-00230-GMN-DJA-1

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Plaintiff USA, and against Defendant Devin Thompson.

06/29/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ C. Harrington  
Deputy Clerk